IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF GRANT
201 S. Humbolt St  Canyon City Oregon  97820

State of Oregon
vs
Ricky Lane Snodgrass

Case No: 24CR06021

**ORDER OF RECUSAL**

I hereby recuse myself from service as a judicial officer on this case and any of its proceedings for the following reason:

☒ conflict
☐ financial interest in the outcome
☐ personal knowledge
☐ other reason

2/9/2024 9:55:02 AM

_Robert S. Raschio, Circuit Court Judge_