**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**MICHELLE KERIN**, OSB No. 965278
michelle@angelilaw.com
**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
**AMANDA A. THIBEAULT**, OSB No.132913
amanda@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Ricky Lane Snodgrass*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON | Case No. 2:24-cr-00100-HL |
| vs. | **DECLARATION OF DEFENDANT RICKY LANE SNODGRASS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
| RICKY LANE SNODGRASS | |
| Defendant. | |

I, Ricky Snodgrass, do hereby declare:

1.      I have worked for United States Forest Service (the "Forest Service") since 2006. Beginning in 2012, I started working in the Malheur National Forest, initially in the Prairie City Ranger District and eventually in the Blue Mountain Ranger District.

2.      In 2020, I was qualified to the position of RXB2, also known as a Burn Boss, Type 2 ("Burn Boss"). To receive the designation of RXB2, I was required to have significant experience including in firefighting and directing prescribed burns, specific Forest Service training, and to obtain and maintain certifications necessary to perform the job of Burn Boss. In

DECL. OF R. SNODGRASS ISO MOTION TO DISMISS                                  Page 1 of 2

October 2022, I had the required qualifications and certifications to act as a Burn Boss. For most of my responsibilities, including the ones relevant to this case, I report to the Fire Manager Officer (FMO) and the District Manager. For some other duties not relevant here, I report to the Fire Management Specialist.

3.      In my capacity as a Burn Boss, I am familiar with burn plans, including the Prescribed Fire Burn Plan for the Starr RX (the "Burn Plan"). Several Forest Service specialists prepared the Burn Plan in 2019, under the direction of the FMO and the Forest Supervisor. The Burn Plan was recommended for approval by the FMO and approved by the Forest Supervisor, Craig Trulock, on September 13, 2019. The Burn Plan was in effect on October 19, 2022.

4.      On October 19, 2022, I was the Burn Boss for the prescribed burn at Unit 6 of the Starr RX area of the Blue Mountain Ranger District. I believe the prescribed burn was authorized and conducted consistent with and pursuant to Forest Service regulations and policy, including the Burn Plan.

5.      In my capacity as a Burn Boss, I believe that my actions, both before the prescribed burn was ignited and throughout the day, until I was removed from the burn because I was arrested by the Grant County Sheriff, were necessary and proper to perform my duties as Burn Boss and within the scope of my position.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

Executed this 10th day of May 2024.

_s/ Ricky Snodgrass_____
**RICKY SNODGRASS**