# Starr RX Unit 20 Map



**Legend**

R - Starr20_RoadContain

H - Starr20_HL

Structure

100ftContour

Nest

Ownership_alternative
PROPERTY_S

PV

RHCA

**Starr Rx Unit 20**

T15S;R30E, sec.20

0    0.25    0.5    1 Miles

K.Boucher
02/07/2018

Sources: Esri, HERE, DeLorme, Intermap, increment P Corp., GEBCO, USGS, FAO, NPS, NRCAN, GeoBase, IGN, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri China (Hong Kong), swisstopo, MapmyIndia, © OpenStreetMap contributors, and the GIS User Community, Esri, HERE, DeLorme, MapmyIndia, © OpenStreetMap contributors, and the GIS user community

Ex. 1A - Decl. of Sally Christensen
Page 1 of 42



Starr Rx Unit 21

## Starr Rx Unit 22



Starr Rx Unit 23





**Starr Rx Unit 27**



**Starr Rx Unit 28**



## Starr Rx Unit 29



Starr Rx Unit 30



Starr Rx Unit 31



Prescribed Fire Name:  Starr

Ignition Unit Name:  All Units

# Appendix A: Maps

**1.    Vicinity Map**
**2.    Unit Maps**

The following pages contain a general vicinity map and unit maps for Starr.

32

# Starr Project Planning Area
# Proposed Action Prescribed Burn Units
# Map 11



Legend

NFS lands

Project Boundary

This product is reproduced from information prepared by the USDA, Forest Service or from other suppliers. The Forest Service cannot assure the reliability or suitability of this information for a particular purpose. The data and product accuracy may vary due to compilation from various sources, including modeling and interpretation, and may not meet National Map Accuracy Standards. This information may be updated, corrected or otherwise modified without notification. For more information contact: Malheur National Forest Supervisors Office at 541-575-3000. The USDA is an equal opportunity provider and employer.

0    0.75    1.5    3 Miles

1:103,698

Starr Rx Vicinity Map Units 1-5



## Starr Rx Vicinity Map Units 1-5



**Starr Rx Vicinity Map Units6-13**



## Starr Rx Vicinity Map Units14-19



Starr Rx Vicinity Map Units20-24



## Starr Rx Vicinity Map Units27-33



**Starr Rx Unit 1**



**Starr Rx Unit 2**



## Starr Rx Unit 3



## Starr Rx Unit 4



Starr RX Unit 4 Map

Legend

- Structure
- 100'Contour
- Nest

Ownership_alternative
PROPERTY_S
- PV
- RHCA

H - unit4_HL
R - unit4_ndcontainme

K.Boucher
02/06/2018

0    0.15    0.3    0.6 Miles

T15S:R31E. sec 29

Starr Rx Unit 5



**Starr Rx Unit 6**

Starr RX Unit 6 Map

Legend

Structure

100ftContour

Nest

Ownership_alternative
PROPERTY_S

PV

R~CA

R - umb6_roadContain

H - unit5_h1

Sources: Esri, HERE, DeLorme, Intermap, increment P Corp., GEBCO, U
400GeoBase, IGN, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri C
2013 National Geographic Society, i-cubed, Esri, HERE, DeLorme, Mapmy
contributors, and the GIS user community

0    0.075   0.15        0.3 Miles

T15S:R30E, sec.25

K.Boucher
02/06/2018

N

Starr Rx Unit 7



**Starr Rx Unit 8**

Starr RX Unit 8 Map

Legend

Structure
100ftContour
Nest

Ownership_alternative
PROPERTY_S
PV
R-CA
R – unt8_RoadContain
H – unt8_hl

K.Boucher
02/06/2018

0    0.1    0.2    0.4 Miles

T15S:R30E: sec.24

**Starr Rx Unit 9**



## Starr Rx Unit 10



## Starr Rx Unit 11



## Starr Rx Unit 12

Starr RX Unit 12 Map

Legend

100ftContour

Nes:

● Ownership_alternative
PROPERTY_S

PV

R-CA

R – unit2_RoadConta

H – unit2_nl

T15S:R30E, sec.23

K.Boucher
02/06/2018

0   0.05   0.1        0.2 Miles

Sources: Esri, HERE, DeLorme, Intermap, increment P Corp., GEBCO, L. GeoBase, IGN, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri C, sytpstopo, Mapmylndia, © OpenStreetMap contributors, and the GIS User 2013 National Geographic Society, i-cubed, Esri, HERE, DeLorme, Mapr contributors, and the GIS user community

## Starr Rx Unit 13



Starr Rx Unit 14

# Starr RX Unit 15 Map



**Legend**

H — Starr15_HL

R — Starr15_RoadContain

▌ Structure

—— 100ftContour

● Nest

**Ownership_alternative**
**PROPERTY_S**

PV

RHCA

Sources: Esri, HERE, DeLorme, Intermap, increment P Corp., GEBCO, U
Geoeye, IGN, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri C
swisstopo, MapmyIndia, © OpenStreetMap contributors and the GIS User
DeLorme, MapmyIndia, © OpenStreetMap contributors and the GIS user

T15S;R30E, sec.22

0   0.1   0.2         0.4 Miles

K.Boucher
02/07/2018

Starr Rx Unit 16



Starr Rx Unit 17



# Starr RX Unit 18 Map

Ex. 1A - Decl. of Sally Christensen
Page 36 of 42

**Legend**

| R | — | Starr18_RoadContain |
| H | — | Starr18_HL |
| | | Structure |
| | | 100ftContour |
| | | Nest |

**Ownership_alternative**
**PROPERTY_S**

| | PV |
| | RHCA |

T15S;R30E, sec.9

0   0.1   0.2   0.4 Miles

K.Boucher
02/07/2018

Sources: Esri, HERE, DeLorme, Intermap, increment P Corp., GEBCO, USGS, GeoBase, IGN, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri China (Hong Kong), swisstopo, MapmyIndia, © OpenStreetMap contributors, and the GIS User Community

Starr Rx Unit 19

Starr RX Unit 1_Map

Legend

H - Starr9_H

R - Starr9_RoadContah

Structure

100mContour

Nest

Ownership_alternative
PROPERTY_S
PV
R=CA

K.Boucher
02/07/2018

Sources: Esri, HERE, DeLorme, Intermap, increment P Corp., GEBCO., GeoBase, IGN, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri China (Hong Kong), swisstopo, MapmyIndia, © OpenStreetMap contributors, and the GIS User DeLorme, MapmyIndia, © OpenStreetMap contributors, and the GIS User

T15S,R30E, sec.9

0    0.075    0.15    0.3 Miles

**Starr Rx Unit 32**



# Starr RX Unit 33 Map

Starr Rx Unit 33

**Legend**

**R** — Starr33_RoadContainment

**H** — Starr33_HL

———— 100ftContour

● Nest

**Ownership_alternative**

**PROPERTY_S**

FV

RHCA

Sources: Esri, HERE, DeLorme, Intermap, increment P Corp., GEBCO,
GeoBase, IGN, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri
swisstopo, MapmyIndia, © OpenStreetMap contributors, and the GIS
2013 National Geographic Society, i-cubed, Esri, HERE, DeLorme, Ma
contributors, and the GIS user community

T16S:R29E, sec.24

0    0.075    0.15         0.3 Miles

K.Boucher
02/06/2018

N

# Starr Units 6 & 7



**Legend**

- ⊛ ATP
- ✕—✕ Fence
- ⊤⊤⊤ Rimrock
- ▨ Starr 7
- ▨ Starr 6
- – – – Closed Road - OPML = 1 closed roads
- – – – Decommissioned Road

KZ    09/11/2019

0  0.075 0.15    0.3    0.45    0.6  Miles

# Starr Unit 22



**Legend**

⊙ Drop Points

— — Closed Road

▨ Starr Unit22

×—×—× Fence

⊤⊤⊤⊤ Rimrock

N

KZ    09/06/2019

0  0.0425 0.085    0.17    0.255    0.34 Miles

1 inch = 0.13 miles

# Starr Units 31, 32, 33, and 31 Add



Ex. 1A, Decl. of Gary Christensen
Page 42 of 42

### Legend

- ● Piles
- ◆ NOGO_Nests_BMRD_08012019
- ◉ DropPointsStarr31 32 33
- ▬ Major Road
- ▬▬ Closed Road - OPML = 1 closed roads
- ▬▬ Decommissioned Road
- ▨ Starr_unit_31add
- ▨ Starr_unit_33
- ▨ Starr_unit_32
- ▨ Starr_unit_31

KZ   9/12/2019

0   0.1   0.2   0.4   0.6   0.8
Miles

1 inch = 0.32 miles

N