**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**MICHELLE KERIN**, OSB No. 965278
michelle@angelilaw.com
**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
**AMANDA A. THIBEAULT**, OSB No.132913
amanda@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Ricky Lane Snodgrass*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON<br><br>vs.<br><br>RICKY LANE SNODGRASS<br>Defendant. | Case No. 6:24-cr-00100-HL<br><br>**JOINT MOTION TO DISMISS** |

Defendant Ricky Lane Snodgrass, an employee of the United States Forest Service, oversaw a prescribed fire that the Forest Service conducted on federal land in Grant County, Oregon. After the fire unexpectedly spotted to private land, the State charged him with reckless burning, a Class A misdemeanor under Oregon law.

Mr. Snodgrass removed the criminal case to federal court pursuant to 28 U.S.C. § 1442. ECF No. 8. And subsequently filed a motion to dismiss based on the Supremacy Clause. ECF No. 13. After reviewing the motion, the State has decided not to oppose the motion to dismiss.

As such, the parties are filing this joint motion requesting that this Court grant Mr. Snodgrass' motion to dismiss and dismiss the case with prejudice.

DATED this 5th day of June 2024.

Respectfully submitted,

*s/ Amy E. Potter*
ANGELI LAW GROUP LLC
DAVID H. ANGELI, OSB No. 020244
MICHELLE KERIN, OSB No. 965278
AMY E. POTTER, OSB No. 231794
AMANDA A. THIBEAULT, OSB No. 132913
*Attorneys for Defendant Ricky Lane Snodgrass*

*s/ Jim Carpenter*
JIM CARPENTER, OSB # 004361
GRANT COUNTY DISTRICT ATTORNEY
*Attorney for the State of Oregon*