IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON<br><br>vs.<br><br>RICKY LANE SNODGRASS<br><br>Defendant. | Case No. 6:24-cr-00100-HL<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Defendant Ricky Lane Snodgrass' filed a motion to dismiss this criminal case. ECF No. 13. The State did not oppose the motion. As such, the parties filed a joint motion requesting that this Court grant Mr. Snodgrass' motion to dismiss.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice.


Dated this 5th day of June 2024.

_____
THE HONORABLE ANDREW HALLMAN
UNITED STATES MAGISTRATE JUDGE


Presented by:
*s/ Amy E. Potter*
**ANGELI LAW GROUP LLC**
DAVID H. ANGELI, OSB No. 020244
MICHELLE KERIN, OSB No. 965278
AMY E. POTTER, OSB No. 231794
AMANDA A. THIBEAULT, OSB No. 132913
   *Attorneys for Defendant Ricky Lane Snodgrass*